**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Ranbaxy Pharmaceuticals, Inc.,
Ranbaxy Laboratories, Ltd., Ranbaxy Laboratories, Inc.,
Ranbaxy, Inc. and Ranbaxy USA*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Francis Fenwick, et al. and Edward Safran, Individually and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>vs.<br><br>Ranbaxy Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd., Ranbaxy Laboratories, Inc., Ranbaxy, Inc., Ranbaxy USA, Daiichi Sankyo Company Ltd., Ohm Laboratories, Express Scripts Inc., Express Scripts Holding Company, Medco Health Solutions, Inc., ABC Corporations 1-10, and John Does 1-10,<br><br>Defendants. | Civil Action No. 12-7354 (PGS)(DEA)<br><br><br><br><br><br>**CERTIFICATION OF JAY P. LEFKOWITZ, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

**JAY P. LEFKOWITZ**, of full age, hereby certifies as follows:

1.  I am a partner with the firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, co-counsel for Defendants Ranbaxy Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd., Ranbaxy Laboratories, Inc., Ranbaxy, Inc. and Ranbaxy USA

347707.1

("Ranbaxy") in the captioned matter. I make this certification on my personal knowledge in support of Ranbaxy's application to have me admitted *pro hac vice*.

2. I am a member in good standing of the bars of the State of New York (admitted in 1988); the District of Columbia (admitted in 1996); the United States Supreme Court (admitted in 1993); the United States Tax Court (admitted in 2006); the United States District Court for the Southern District of New York (admitted in 1989); the United States District Court for the District of Columbia (admitted in 1996); the United States District Court for the Eastern District of Michigan (admitted in 1994); the United States District Court for the Eastern District of New York (admitted in 2009); the United States District Court for the Eastern District of Wisconsin (admitted in 1997); the United States District Court for the District of Colorado (admitted in 2007); the United States Court of Appeals for the Federal Circuit (admitted in 2011); the United States Court of Appeals for the District of Columbia Circuit (admitted in 2000); the United States Court of Appeals for the Second Circuit (admitted in 1996); the United States Court of Appeals for the Third Circuit (admitted in 2012); the United States Court of Appeals for the Fourth Circuit (admitted in 1992); the United States Court of Appeals for the Fifth Circuit (admitted in 2007); the United States Court of Appeals for the Eighth Circuit (admitted in 1999); the United States Court of Appeals for the Ninth Circuit (admitted in 2001); the United States Court of Appeals for the Tenth Circuit (admitted in 2010); and the United States Court of Appeals for the Eleventh Circuit (admitted in 2006). The names and addresses of the offices maintaining the rolls of members of the bars in those jurisdictions are as follows:

**New York**                   Attorney Records Clerk
                               Appellate Division, First Judicial Dept.
                               41 Madison Avenue, 26th Floor
                               New York, NY 10010

347707.1

| | |
|---|---|
| **District of Columbia** | 430 E. Street NW<br>Room 123<br>Washington, DC 20001 |
| **United States Supreme Court** | U.S. Supreme Court Building<br>1 First Street N.E.<br>Washington, DC 20543 |
| **United States Tax Court** | 430 E. St. NW<br>Room 123<br>Washington, DC 20001 |
| **United States District Court for the Southern District of New York** | Clerk of Court<br>Daniel Patrick Moynihan<br>U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 |
| **United States District Court for the District of Columbia** | 333 Constitution Way NW<br>Room1225<br>Washington DC 20001 |
| **United States District Court for the Eastern District of Michigan** | Clerk's Office<br>U.S. District Court<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 |
| **United States District Court for the Eastern District of New York** | U.S. Courthouse<br>68 Court Street<br>Buffalo, NY 14202 |
| **United States District Court for the Eastern District of Wisconsin** | 362 U.S. Courthouse<br>517 E. Wisconsin Avenue<br>Milwaukee, WI 53202 |
| **United States District Court for the District of Colorado** | Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 |
| **United States Court of Appeals for the Federal Circuit** | Admissions Clerk<br>717 Madison Place, NW, Room 401<br>Washington, DC 20439 |

347707.1

| | |
|---|---|
| **United States Court of Appeals, Circuit of District of Columbia** | 430 E. St. NW<br>Room 123<br>Washington, DC 20001 |
| **United States Court of Appeals for the Second Circuit** | Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| **United States Court of Appeals for the Third Circuit** | 21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| **United States Court of Appeals for the Fourth Circuit** | 1100 East Main Street<br>Richmond, VA 23219 |
| **United States Court of Appeals for the Fifth Circuit** | Majella Sutton<br>600 S. Maestri Place<br>New Orleans LA 70130 |
| **United States Court of Appeals for the Eighth Circuit** | Thomas F. Eagleton Courthouse<br>Room 24.329<br>111 South 10th Street<br>St. Louis, MO 63102 |
| **United States Court of Appeals for the Ninth Circuit** | P.O. Box 193939<br>San Francisco, CA 94119-3939 |
| **United States Court of Appeals for the Tenth Circuit** | Byron White U.S. Courthouse<br>1823 Stout Street<br>Denver, CO 80257 |
| **United States Court of Appeals for the Eleventh Circuit** | U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W.<br>Atlanta, GA 30303 |

   3.   I am not under suspension, nor have I ever been suspended or disbarred from any court. I am fully familiar with the facts of this case.

   4.   I am fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules.

347707.1

5. Upon entry of the requested order, a check in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6. In accordance with Local Civil Rule 101.1(c)(3), upon entry of the request order, a check in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. The firm of Lite DePalma Greenberg, LLC of Newark, New Jersey has agreed to work with my firm in the defense of this action.

9. I respectfully request that this Court grant Ranbaxy's application to have me admitted *pro hac vice* for all purposes in this matter, including the trial of this case. I understand that Counsel for Plaintiffs have no objection to my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Dated: February 7, 2013

JAY P. LEFKOWITZ

347707.1