NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS FENWICK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Civil Action No. 12-7354 (PGS) <br><br> **ORDER** |

This matter having come before the Court upon the motion of Plaintiffs for a preliminary injunction [ECF No. 15], and the Court having considered the filed papers, and having heard arguments of counsel at a hearing on March 5, 2013, and for the reasons set forth on the record on that date, and for good cause shown:

IT IS THEREFORE, on this 5th day of March, 2013 hereby:

ORDERED that Plaintiffs' motion for a preliminary injunction [ECF No. 15] is DENIED.

March 5, 2013

_____
PETER G. SHERIDAN, U.S.D.J.

1