```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                         Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                    Date: March 23, 2015

Court Reporter FRANK GABLE

TITLE OF CASE:                             CIVIL 12-7354 (PGS)
Francis Fenwick

    vs.

Ranbaxy Pharmaceuticals, Inc., et al

APPEARANCES:
Barry J. Gainey, Esq for Plaintiffs

Michael E. Patunas, Jay P. Lefkowitz, P.C. and Steven J. Menashi, Esqs for Defendant Ranbaxy Pharmaceuticals, Inc.

NATURE OF PROCEEDINGS:
Hearing on motion [50] by OHM Laboratories, Ranbaxy Laboratories, Inc., Ranbaxy Laboratories, Inc., Ranbaxy Laboratories, LTD, Ranbaxy Pharmaceuticals, Inc., Ranbaxy USA, Ranbaxy, Inc. Ordered motion reserved.

```
TIME COMMENCED:  11:00 A.M.        Dolores J. Hicks
TIME ADJOURNED:  11:20 A.M.        s/Deputy Clerk
TOTAL TIME:       0:20
```