## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS FENWICK,<br><br>*Plaintiffs,*<br><br>v.<br><br>RANBAXY PHARMACEUTICALS, INC, et al<br><br>*Defendants* | Civil Action No. 12-cv-07354<br><br>**ORDER** |

This matter is before the Court on a motion to dismiss brought by Defendants Ohm Laboratories, Ranbaxy Laboratories, Inc., Ranbaxy Laboratories, Ltd., Ranbaxy Pharmaceuticals, Inc., and Ranbaxy USA, Inc. (ECF No. 50); and the Court having reviewed the papers submitted by the parties, and having heard the arguments of the parties; and for the reasons set forth on the record on March 27, 2015; and for good cause shown,

IT IS on this 27th day of March, 2015,

ORDERED that the motion to dismiss (ECF No. 50) is denied.

_____
PETER G. SHERIDAN, U.S.D.J.