**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NOV 1 3 2015

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

---

FRANCIS FENWICK et al.,

    *Plaintiffs,*

v.

RANBAXY PHARMACEUTICALS INC. et al.,

    *Defendants.*

Civil Action No.: 12-7354 (PGS)(DEA)

**ORDER FOR ADMISSION *PRO HAC VICE* OF DMITRIY TISHYEVICH**

This matter having come before the Court on the application of Lite DePalma Greenberg, LLC ["movant"], attorneys for Defendants Ranbaxy Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd., Ranbaxy Laboratories, Inc., Ranbaxy, Inc., Ranbaxy USA and Ohm Laboratories (collectively, "Ranbaxy"), for the *pro hac vice* admission of Dmitriy Tishyevich ["counsel"], pursuant to L. Civ. R. 101.1(c); and the Court having considered the certification submitted in support of the application, which reflect that counsel satisfy the requirements set forth in L. Civ. R. 101.1(c)(1); and the Court having been advised that Plaintiffs consent to the application; and for good cause shown,

**IT IS ON THIS** 13th **day of** November 2015

**ORDERED** that the application for the *pro hac vice* admission of counsel is granted;

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that the movant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to

553109.1

sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall each make payments to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which counsel represents the clients in this matter; and

**IT IS FURTHER ORDERED** that counsel shall each pay $150.00 to the Clerk of the Court, pursuant to L. Civ. R. 101.1(c)(3).

_____
Honorable Douglas E. Arpert, U.S.M.J.