```
                  UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                        Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                    Date: March 27, 2015

Court Reporter FRANK GABLE

TITLE OF CASE:                             CIVIL 12-7354 (PGS)
Francis Fenwick

     vs.

Ranbaxy Pharmaceuticals, Inc., et al

APPEARANCES:
Barry J. Gainey, Esq for Plaintiffs

Michael E. Patunas, Jay P. Lefkowitz, P.C. and Steven J. Menashi, Esqs for Defendant Ranbaxy Pharmaceuticals, Inc.

NATURE OF PROCEEDINGS:

No Appearance held.

Decision on motion [50] by OHM Laboratories, Ranbaxy Laboratories, Inc., Ranbaxy Laboratories, Inc., Ranbaxy Laboratories, LTD, Ranbaxy Pharmaceuticals, Inc., Ranbaxy USA, Ranbaxy, Inc., to Dismiss read into the record.
Ordered motion denied.

Order to be filed.

TIME COMMENCED:  11:00 A.M.            Dolores J. Hicks
TIME ADJOURNED:  11:30 A.M.            s/Deputy Clerk
TOTAL TIME:        0:30