UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRANCIS FENWICK, et al.,** | : Civil Action No. 12-7354 (PGS) |
| Plaintiffs, | : |
| v. | : ORDER |
| **RANBAXY LABORATORIES, LTD., et al.,** | : |
| Defendants. | : |

This matter having come before the Court during a telephone status conference on November 9, 2016; and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 9th day of November 2016,

ORDERED THAT:

1. The Parties must submit separate written statements, not to exceed 5 pages each, setting forth any unresolved discovery disputes by November 18, 2016.

2. Responsive statements, also not to exceed 5 pages, must be submitted by December 2, 2016.

3. The Court will conduct a telephone status conference on January 9, 2017 at 10:00 A.M. Defense counsel must initiate the call.


*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**