# GAINEY McKENNA & EGLESTON

**ATTORNEYS AT LAW**
e-mail: info@gme-law.com

| | |
|---|---|
| 95 ROUTE 17 SOUTH<br>SUITE 310<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 | 440 PARK AVENUE SOUTH<br>FIFTH FLOOR<br>NEW YORK, NEW YORK 10016<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |
| Please Reply to Paramus Address | Please Reply to Paramus Address |

November 22, 2016

**VIA ECF & FEDEX**
Magistrate Judge Douglas E. Arpert
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

     Re: Thumb Drive for Court Relating to
        Parties' Submission on Discovery Disputes
        Fenwick, et al. v. Ranbaxy
        Case No.: 12-CV-07354-PGS-DEA
        <u>Our File No.: 170.187</u>

Dear Honorable Judge Arpert:

   Our law firm represents the plaintiffs in the captioned class action case. We recently filed plaintiffs' submission on the discovery disputes in the case. Our cover letter noted that a thumb drive would be sent under separate cover. The enclosed thumb drive contains 31 different spreadsheets, all of which were produced by the defendants with their discovery documents. The spreadsheets were produced in their native format by the defendants. Many of them are too large to print (at least one has thousands of rows).

   There are placeholder pages with the documents that the defendants disclosed which bear the bates-stamped numbers of the corresponding spreadsheet. Each placeholder page has typed on it "this document has been produced in native format." When one of those placeholder pages is found among the defendants' documents, it means that the corresponding spreadsheet must be located, opened in Excel, and reviewed.

   Attached hereto is a list of the file names, which include the bates-stamped numbers that they correspond with.

             Respectfully yours,

           **GAINEY McKENNA & EGLESTON**

             Barry J. Gainey

BJG/dxg

Fenwick, et al. v. Ranbaxy
Case No.: 12-CV-07354-PGS-DEA

<u>LIST OF THE FILE NAMES OF THE 31 SPREADSHEETS
PRODUCED BY THE DEFENANTS IN NATIVE FORMAT</u>

1) RANBAXY_FEN0000131_CONFIDENTIAL
2) RANBAXY_FEN0000132_CONFIDENTIAL
3) RANBAXY_FEN0000147_CONFIDENTIAL
4) RANBAXY_FEN0000148_CONFIDENTIAL
5) RANBAXY_FEN0000669_CONFIDENTIAL
6) RANBAXY_FEN0000670_CONFIDENTIAL
7) RANBAXY_FEN0000684_CONFIDENTIAL
8) RANBAXY_FEN0000685_CONFIDENTIAL
9) RANBAXY_FEN0000686_CONFIDENTIAL
10) RANBAXY_FEN0000703_CONFIDENTIAL
11) RANBAXY_FEN0000704_CONFIDENTIAL
12) RANBAXY_FEN0000705_CONFIDENTIAL
13) RANBAXY_FEN0000723_CONFIDENTIAL
14) RANBAXY_FEN0000724_CONFIDENTIAL
15) RANBAXY_FEN0000747_CONFIDENTIAL
16) RANBAXY_FEN0000767_CONFIDENTIAL
17) RANBAXY_FEN0000789_CONFIDENTIAL
18) RANBAXY_FEN0000791_CONFIDENTIAL
19) RANBAXY_FEN0000822_CONFIDENTIAL
20) RANBAXY_FEN0000823_CONFIDENTIAL
21) RANBAXY_FEN0000824_CONFIDENTIAL
22) RANBAXY_FEN0000825_CONFIDENTIAL

23) RANBAXY_FEN0000826_CONFIDENTIAL

24) RANBAXY_FEN0000827_CONFIDENTIAL

25) RANBAXY_FEN0000828_CONFIDENTIAL

26) RANBAXY_FEN0000829_CONFIDENTIAL

27) RANBAXY_FEN0000830_CONFIDENTIAL

28) RANBAXY_FEN0000860_CONFIDENTIAL

29) RANBAXY_FEN0000870_CONFIDENTIAL

30) RANBAXY_FEN0000880_CONFIDENTIAL

31) RANBAXY_FEN0000891_CONFIDENTIAL