# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW
e-mail: info@gme-law.com

| | |
|---|---|
| **95 ROUTE 17 SOUTH**<br>**SUITE 310**<br>**PARAMUS, NEW JERSEY 07652**<br>**TEL: (201) 225-9001**<br>**FAX: (201) 225-9002** | **440 PARK AVENUE SOUTH**<br>**FIFTH FLOOR**<br>**NEW YORK, NEW YORK 10016**<br>**TEL: (201) 225-9001**<br>**FAX: (201) 225-9002** |
| Please Reply to Paramus Address | Please Reply to Paramus Address |

December 2, 2016

**VIA ECF**
Magistrate Judge Douglas E. Arpert
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

        Re:   Plaintiffs' Response to Defendants' Submission
               on Discovery Disputes
               Fenwick, et al. v. Ranbaxy
               Case No.: 12-CV-07354-PGS-DEA
               Our File No.: 170.187

Dear Honorable Judge Arpert:

    Our law firm represents the plaintiffs in the captioned class action case. Enclosed is the plaintiffs' response to the defendants' submission on the discovery disputes in the case.

    Thank you for your time and consideration.

                              Respectfully yours,

                              GAINEY McKENNA & EGLESTON

                              Barry J. Gainey

BJG/dxg
Encl.