**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                    **DATE:** January 9, 2017
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                     **DOCKET # 12-CV-7354(PGS)**
FRANCIS FENWICK, et al.
        vs.
RANBAXY PHARMACEUTICALS, INC., et al

    **DEFT. PRESENT**

**APPEARANCES:**
Barry J. Gainey, Esq. for Plaintiffs
Michael E. Patunas, Devora Allon, Dmitriy Tishyevich & Richard Nicholson, Esqs. for Defendants

**Nature of Proceedings**:     TELECONFERENCE RE: DISCOVERY HELD ON THE RECORD ON 1/9/2017.

**Time Commenced:  2:05 PM**
**Time Adjourned:  3:40 PM**
**Total Time:** (1:35)

                                                  S/Charmaine D. Ellington
                                                    DEPUTY CLERK