RECEIVED
JAN 11 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS FENWICK, et al., | : Civil Action No. 12-7354 (PGS) |
| Plaintiffs, | : |
| v. | : REVISED SCHEDULING ORDER |
| RANBAXY LABORATORIES, LTD., et al., | : |
| Defendants. | : |

This matter having come before the Court during a telephone status conference, on the record, on January 9, 2017; and the Court having conferred with counsel and addressed the Parties' discovery disputes (see dkt nos. 80, 81, 86 and 87); and for the reasons set forth on the record;

IT IS on this 10th day of January, 2017,

ORDERED THAT:

1. Plaintiffs may serve up to 5 supplemental interrogatories and shall do so by January 16, 2017. Defendants' answers to such interrogatories and supplemental responses to Plaintiffs' initial interrogatories must be served by February 17, 2017.

2. Plaintiffs must serve supplemental responses to Defendants' initial discovery requests by January 16, 2017.

3. Counsel must conduct the E-Discovery conference required by L. Civ. R. 26.1(d) by January 30, 2017.

4. The deadline to complete party depositions is extended to April 30, 2017.

5. The deadline to complete third party discovery is extended to June 30, 2017. No third party discovery is to be issued or conducted after this date.

6. Counsel must meet and confer in a good faith attempt to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court. Any unresolved dispute must be brought to the Court's attention promptly by letter to the undersigned. Failure to timely raise a discovery dispute may result in a waiver.

7. No discovery motion shall be made without prior leave of the Court.

8. Plaintiffs' expert report on class certification must be served by <u>August 15, 2017</u>. Any such report shall be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

9. Defendants' expert report on class certification must be served by <u>September 23, 2017</u>. Any such report shall be in the form and content as described above.

10. Expert depositions must be completed by <u>October 20, 2017</u>.

11. The Court will conduct telephone status conferences on ~~April 3, 2017 at 10:00~~ *April 10, 2017 @ 10:30 AM* A.M. and <u>October  10 , 2017</u> at  *2:00 PM* . Defense counsel will initiate these calls. During the latter call, the Court will set a schedule for *Daubert* motions and/or class certification.

12. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

13. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge
