# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS FENWICK, et al.<br><br>       Plaintiffs,<br><br>  v.<br><br>RANBAXY PHARMACEUTICALS, INC., et al.<br><br>       Defendants. | Civil No. 12-7354 (PGS)(DEA)<br><br>**ORDER** |

This matter comes before the Court by way of Plaintiffs' letter request for entry of a Revised Scheduling Order. Defendants have not opposed the request. The Court having considered the matter,

IT IS on this 17th day of February 2017

ORDERED that, no later than 14 days from the date of this Order, Plaintiff is to submit to the Court a proposed form of Order that has been agreed to by all parties in this action.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge
