UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FRANCIS FENWICK, et al.,** | : | Civil Action No. 12-7354 (PGS) |
| Plaintiffs, | : | |
| v. | : | SCHEDULING ORDER |
| **RANBAXY LABORATORIES, LTD, et al.,** | : | |
| Defendants. | : | |

This matter having come before the Court during a telephone status conference on April 10, 2017; and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 11th day of April 2017,

ORDERED THAT:

1. The Parties must continue their supplemental production of documents on a "rolling basis" and must complete production by <u>April 28, 2017</u>.

2. Counsel must meet and confer, via live communication, no later than <u>April 21, 2017</u> to confirm the timely completion of document production.

3. The deadline to complete party depositions is further extended to <u>June 2, 2017</u>.

4. The deadline to complete third party discovery remains <u>June 30, 2017</u>. No third party discovery is to be issued or conducted after this date.

5. Counsel must meet and confer in a good faith attempt to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court. Any unresolved dispute must be brought to the Court's attention <u>promptly</u> by letter to the undersigned. Failure to timely raise a discovery dispute may result in a waiver.

6. No discovery motion shall be made without prior leave of the Court.

7. Plaintiffs' expert report on class-certification must be served by <u>August 15, 2017</u>. Any such report shall be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

8. Defendants' expert report on class-certification must be served by <u>September 22, 2017</u>. Any such report shall be in the form and content as described above.

      9.  Expert depositions must be completed by <u>October 20, 2017</u>.

      10.  The Court will conduct an in-person status conference on <u>June 14, 2017</u> at <u>10:00 A.M.</u>

      11.  The Court will conduct a telephone status conference on <u>October 10, 2017</u> at <u>2:00 P.M.</u>  Defense counsel will initiate the call.  During the call, the Court will set a schedule for *Daubert* motions and/or class-certification.

      12.  Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be <u>no further extensions</u> except for good cause shown and by leave of the Court, even with the consent of counsel.

      *s/ Douglas E. Arpert*
      **DOUGLAS E. ARPERT**
      **United States Magistrate Judge**