# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

June 12, 2017

**VIA ECF**

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     *Fenwick, et al. v. Ranbaxy Laboratories, LTD., et al.*, No. 3:12-cv-7354 (PGS)

Dear Judge Arpert:

This firm, together with Kirkland & Ellis LLP, represents Defendants in the above-captioned matter.  My letter of earlier today (ECF No. 108) was based on a calendar error regarding the date of the Final Pretrial Conference with Judge Goodman in the matter of *AMAG Pharmaceuticals, Inc. v. Sandoz, Inc.*, Civil Action No. 16- 1508 (PGS)(LHG).  The Final Pretrial Conference is not set for July 20. However, I have learned that my co-counsel, Ms. Allon, will be on vacation during the week of July 17, so Defendants still request that the conference with Your Honor be rescheduled for a date in either the week of July 24 or July 31.

We appreciate the Court's consideration of this request.

Respectfully,

*/s/ Michael E. Patunas*

Michael E. Patunas

cc:     All Counsel of Record (Via ECF and email)