# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW
e-mail: info@gme-law.com

| | | |
|---|---|---|
| 95 ROUTE 17 SOUTH<br>SUITE 310<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 | | 440 PARK AVENUE SOUTH<br>FIFTH FLOOR<br>NEW YORK, NEW YORK 10016<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |
| Please Reply to Paramus Address | | Please Reply to Paramus Address |

July 17, 2017

**Via Facsimile: (609) 989-0451**
**and Via ECF**
Magistrate Judge Douglas E. Arpert
Clarkson S. Fisher Federal Building
& U.S. Courthouse

402 East State Street
Trenton, New Jersey 08608

     Re: New Date for the In-Person Status Conference Scheduled for July 20th
       Fenwick, et al. v. Ranbaxy, et al.
       Case No.: 12-CV-07354-PGS-DEA
       Our File No.: 170.187

Dear Honorable Judge Arpert:

  Our law firm represents the plaintiffs in the captioned class action case. There was an In-Person Court Conference scheduled for Wednesday, June 14th, which Your Honor adjourned to July 20th. The defendants' attorneys submitted a request to reschedule the July 20th conference to a date during the week of July 24th or July 31st because defense counsel is on vacation the week of July 20th. We have not heard from Your Honor concerning the new date for the conference. To avoid further scheduling problems, counsel reviewed their calendars to determine the dates on which all counsel are available. The dates on which all counsel are available for the In-Person Conference are July 24th, July 27th, July 31st and August 2nd. Therefore, counsel request that the new date for the In Person conference be one of those four dates.

  We thank you for your time and consideration in this matter.

           Respectfully yours,

          GAINEY McKENNA & EGLESTON

            Barry J. Gainey

BJG/dxg
cc: Defense Counsel
    (Via ECF)