**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                       **DATE:** July 27, 2017
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                        **DOCKET #12-CV-7354(PGS)**
FRANCIS FENWICK, et al.
            vs.
RANBAXY PHARMACEUTICALS, INC.

            **DEFT. PRESENT**

**APPEARANCES:**

**Nature of Proceedings**:  In Person Status Conference held on the record on 7/27/2017.

Order to follow.


**Time Commenced:  2:40 P.M.**
**Time Adjourned:  3:30 P.M.**
**Total Time:** (50)


                                                          S/Charmaine D. Ellington
                                                           DEPUTY CLERK