UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCIS FENWICK, et al., | : | Civil Action No. 12-7354 (PGS) |
| Plaintiffs, | : | |
| v. | : | ORDER II |
| RANBAXY LABORATORIES, LTD, et al., | : | |
| Defendants. | : | |

This matter having come before the Court during an in-person status conference on July 27, 2017; and the Court having considered Plaintiffs' informal application to compel additional discovery from Defendants and to extend the period of third party discovery [dk. no. 110] as well as Defendants' opposition [dkt. no. 111]; and for the reasons set forth on the record; and good cause appearing for the entry of the within Order;

IT IS on this 28th day of July 2017,

ORDERED THAT:

1. Plaintiffs' application to compel additional discovery from Defendants is denied. First party fact discovery is closed.

2. The deadline to complete third party discovery is extended to <u>September 15, 2017</u>.

3. Counsel must meet and confer in a good faith attempt to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court. Any unresolved dispute must be brought to the Court's attention <u>promptly</u> by letter to the undersigned. Failure to timely raise a discovery dispute may result in a waiver.

4. No discovery motion shall be made without prior leave of the Court.

5. Plaintiffs' expert report on class-certification must be served by <u>October 30, 2017</u>. Any such report shall be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

6. Defendants' expert report on class-certification must be served by <u>December 11, 2017</u>. Any such report shall be in the form and content as described above.

7. Expert depositions must be completed by <u>January 10, 2018</u>.

    8.  The Court will conduct telephone status conferences on <u>**October 10, 2017**</u> at <u>**2:00 P.M.**</u>, and <u>**December 5, 2017**</u> at <u>**2:30 P.M.**</u> Defense counsel will initiate these calls. During the latter call, the Court will set a schedule for *Daubert* motions and/or class-certification.

    9.  <u>**No further extensions**</u> will be permitted absent extraordinary circumstances.

               <u>*s/ Douglas E. Arpert*</u>
                **DOUGLAS  E. ARPERT**
                **United States Magistrate Judge**