| | |
|---|---|
| **FRANCIS FENWICK, et.als.,,** : | : **UNITED STATES DISTRICT COURT** |
| **Plaintiffs,** : | : **DISTRICT OF NEW JERSEY** |
| **v.** : | : Civil Action No. 12-7354(PGS) |
| **RANBAXY LABORATORIES, LTD., et.als.,** : | : **REVISED SCHEDULING ORDER** |
| **Defendants.** : | |

**THIS MATTER** having come before the Court for a telephone status conference on December 5, 2017; and the Court having conferred with counsel concerning the status of expert discovery; and good cause appearing for the entry of this Order:

**IT IS on this 6th day of December, 2017**

**ORDERED THAT:**

1. All parties must conduct discovery expeditiously and diligently. In addition, all discovery conducted must be proportional to the needs of the case considering the factors set forth in Fed. R. Civ. P. 26(b)(1).

2. The deadline to complete expert depositions remains January 10, 2018.

3. No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. *See* Fed.R.Civ.P. 32(d)(3)(A). No instruction not to answer shall be given unless a privilege is implicated.

4. The Court will conduct a telephone status conference on **January 18, 2018 at 2:00 PM.** Plaintiffs' counsel must initiate the call.

5. All <u>Daubert</u> motions must be filed by **February 23, 2018**.

6. Counsel must meet and confer in a good faith effort to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court. *See* L.Civ.R. 16.1(f)(1). Any unresolved disputes must be brought to the Court's attention promptly by a joint letter to the undersigned.

7. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

                                                         s/ Douglas E. Arpert
                                        **DOUGLAS E. ARPERT**
                                        **United States Magistrate Judge**