UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____X
:
FRANCIS FENWICK, EDWARD SAFRAN, STEVE : Civil Action No.:
HARDING, MARY WARDRETT, and LINDA YOUNG, : 12-CV-07354-PGS-DEA
Individually and on behalf of all others similarly situated, :
:
Plaintiffs, :
:
v. : **NOTICE OF PLAINTIFFS'**
: **MOTION FOR CLASS**
RANBAXY PHARMACEUTICALS, INC., RANBAXY : **CERTIFICATION**
LABORATORIES, LTD., RANBAXY LABORATORIES, :
INC., RANBAXY, INC., RANBAXY USA, OHM : Motion Date:
LABORATORIES, ABC CORPORATIONS 1-10, and : To Be Determined by Court
JOHN DOES 1-10, :
Defendants. :
_____X

**PLEASE TAKE NOTICE** that the undersigned counsel for plaintiffs and the proposed class shall move before the Honorable Peter G. Sheridan, U.S.D.J., United States District Court, District of New Jersey, located at Clarkson S. Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, New Jersey, on such date and time as the Court shall direct, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure granting this Motion for Class Certification and further granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that Counsel will rely on and has set forth the basis for the motion in the accompanying Memorandum of Law, the Declaration of Barry J. Gainey, Esq., all exhibits, and all related papers filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that any answering papers in opposition to this motion must be served and filed no later than May 4, 2018 in accordance with the Order of Magistrate Judge Douglas E. Arpert entered on January 29, 2018.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs respectfully request oral argument.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is being submitted with the motion.

Dated: March 23, 2018

                                                Barry J. Gainey (7560)
                                                **GAINEY McKENNA & EGLESTON**
                                                95 Route 17 South, Suite 310
                                                Paramus, New Jersey 07652
                                                201-225-9001
                                                bgainey@gme-law.com
                                                *Attorneys for Plaintiffs*
                                                Our File No.: 170.187

TO:    Dmitriy Tishyevich, Esq.
          Devora Allon, Esq.
          Richard Nicholson, Esq.
          Kirkland & Ellis, LLP
          601 Lexington Avenue
          New York, NY 10022
          212-446-4970
          *Attorneys for Defendants*
          *Ranbaxy Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd.,*
          *Ranbaxy Laboratories, Inc., Ranbaxy, Inc. Ranbaxy USA,*
          *and Ohm Laboratories*

          and

          *Local Counsel for Defendants*
          *Ranbaxy Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd.,*
          *Ranbaxy Laboratories, Inc., Ranbaxy, Inc. Ranbaxy USA,*
          *and Ohm Laboratories*
          Michael E. Patunas, Esq.
          Patunas Law LLC
          24 Commerce Street, Suite 606
          Newark, NJ 07102
          973-396-8740