# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

April 30, 2018

**VIA ECF**

Hon. Peter G. Sheridan, United States District Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Fenwick, et al. v. Ranbaxy Laboratories, LTD., et al.*, No. 3:12-cv-7354

Dear Judge Sheridan,

      This firm, together with Kirkland & Ellis LLP, represents Defendants in the above-captioned matter. On April 23, Plaintiffs submitted a letter to the Court, advising that the Memorandum of Law in Support of Motion for Class Certification that they filed on March 23 was overlong due to a font size issue, and requesting that the Court allow Plaintiffs' brief to be 39 pages in Times New Roman size 12 font, with Times New Roman size 10 footnotes. (Dkt. 130.) Plaintiffs also advised that they consented to Defendants' request to file a response brief of the same length, and they requested that the Court so allow. (*Id.*)

      To the extent still necessary given Plaintiffs' filing, Defendants hereby respectfully request that the Court allow Defendants to file a 39-page response to Plaintiffs' Memorandum of Law in Support of Motion for Class Certification, using Times New Roman size 12 font, with Times New Roman size 10 footnotes. If Your Honor will grant this request, we respectfully ask that the Court "So Order" this letter below.

      Respectfully submitted,

      */s/ Michael E. Patunas*

      Michael E. Patunas

cc:    All Counsel of Record (Via ECF)

**SO ORDERED** this ____ day of _____, 2018

_____
United States District Judge