# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW
e-mail: info@gme-law.com

| | | |
|---|---|---|
| 95 ROUTE 17 SOUTH<br>SUITE 310<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 | | 440 PARK AVENUE SOUTH<br>FIFTH FLOOR<br>NEW YORK, NEW YORK 10016<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |
| Please Reply to Paramus Address | | Please Reply to Paramus Address |

May 29, 2018

**Via ecf**
Court Clerk
United States District Court Judge
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

          Re:    Replacement Exhibit for Reply Papers on
                   Motion for Class Certification
                   Fenwick, et al. v. Ranbaxy, et al.
                   Case No.: 12-CV-07354-PGS-DEA
                   Our File No.: 170.187

Dear Sir or Madam:

      Our law firm represents the plaintiffs in the captioned class action case. We recently filed our Reply Paper on our Motion for Class Certification. Attached is a replacement Exhibit 23. The one that was filed was incomplete.

                                     Very truly yours,

                                       GAINEY McKENNA & EGLESTON

                                       Barry J. Gainey

BJG/dxg
Enclosures

    cc:    Defense Counsel:
            Dmitriy Tishyevich, Esq.
            Devora Allon, Esq.
            Michael Patunas, Esq. (Local Counsel)
            (Via ecf)