UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FRANCIS FENWICK, et. al., : | |
| : | |
| Plaintiffs, : | Civil No. 12-7354 (PGS)(DEA) |
| : | |
| v. : | **ORDER** |
| : | |
| RANBAXY PHARMACEUTICALS, INC., : | |
| et. al., : | |
| : | |
| Defendants. : | |

This matter comes before the Court on Defendants' Motion [ECF No. 140] to seal portions of various exhibits included with the Declaration of Michael E. Patunas, submitted in opposition to Plaintiff's Motion for class certification. Under Local Civil Rule 5.3(c)(3), a party seeking to seal documents must show the following:

> (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; (d) why a less restrictive alternative to the relief sought is not available; (e) any prior order sealing the same materials in the pending action; and (f) the identity of any party or nonparty known to be objecting to the sealing request.

L. Civ. R. 5.3(c)(3). Moreover, the Local Civil Rule requires that, "[w]hen a document filed under seal contains both confidential and non-confidential information, an unredacted version shall be filed under seal, and a version with only the confidential portions redacted shall be filed publicly within one day of the filing of the unredacted version." L. Civ. R. 5.3(c)(4).

Here, Defendants have only filed a publicly redacted version of the exhibits which they request to have sealed.[1] ECF No. 136. Thus, the Court is unable to conduct the requisite analysis

---

[1] The Court notes that the exhibits to the Declaration of Michael Patunas filed at ECF No. 135 appear to be sealed in error. These specifically include exhibit numbers 4, 6 (mislabeled as 5),

under Local Civil Rule 5.3, given that the pertinent portions of those exhibits cannot be viewed. Further, the instant Motion does not include any proposed findings of fact and conclusions of law, as the Local Civil Rule requires. L. Civ. R. 5.3(c)(3) ("Proposed Findings of Fact and Conclusions of Law shall be submitted with the motion papers in the proposed order required by (c)(6) below."). In light of these deficiencies, the denial of Defendants' Motion to seal is warranted. Consequently,

**IT IS** on this 27th day of July, 2018,

**ORDERED** that the Motion to seal [ECF No. 140] is DENIED without prejudice; it is further

**ORDERED** that Defendants shall file a sealed, unredacted version of the above exhibits and a renewed Motion including a proposed Order, as is required under Local Civil Rule 5.3(c), within 14 days from the date herein.[2]

/s/ Douglas E. Arpert
DOUGLAS E. ARPERT
United States Magistrate Judge

---

7, 8, 9, 10, 13, 14, 16, 22, and 23, none of which are referenced in this Motion. Nevertheless, in an abundance of caution, these exhibits will remain under seal until Defendants submit a renewed Motion, at which time Defendants shall advise the Court whether the Clerk may unseal those documents.

[2] The renewed Motion shall also include an appendix which specifically identifies the lines or portions of the exhibits which Defendants are moving to seal, substantially in form suggested by Appendix U.