

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

October 9, 2018

**BY CM/ECF**

The Honorable Douglas E. Arpert, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    <u>Fenwick v. Ranbaxy Pharmaceuticals, Inc., *et al.*</u>
            <u>Civil Action No.: 12-07354 (PGS)(DEA)</u>

Dear Judge Arpert:

    Our firm, along with the firm of Kirkland & Ellis LLP, represents defendants Ranbaxy Pharmaceuticals, Inc., Ranbaxy Laboratories Ltd., Ranbaxy Laboratories, Inc., Ranbaxy Inc., Ranbaxy USA, and Ohm Laboratories ("Ranbaxy"), in the above matter. We write to respectfully request Your Honor's approval of the withdrawal of Ranbaxy's former counsel, Michael Patunas, Esq. and his firm Patunas Law LLC.

    I believe Your Honor is aware of the untimely and unexpected passing of Michael Patunas. As a consequence, we entered our appearances as counsel of record for Ranbaxy. *See* ECF Nos. 153-155. We are superseding Mr. Patunas and his law firm, and we respectfully request that Mr. Patunas and his firm be withdrawn from the case. This is a terribly unfortunate situation, and Ranbaxy and all its counsel appreciate Your Honor's understanding in this matter.

    If this request meets with the Court's approval, we would appreciate if Your Honor would execute the "So Ordered" provision below and have this letter entered on the docket by the Clerk of the Court.

    We thank the Court for its consideration and continued assistance in this matter.

The Honorable Douglas E. Arpert, U.S.M.J.
October 9, 2018
Page 2

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of Record (by electronic mail)

**IT IS SO ORDERED** on this _____ day of _____, 2018 that the above application be and the same is hereby granted; and it is further

**ORDERED** that Michael Patunas, Esq. and Patunas Law LLC are hereby withdrawn as counsel of record for the above Ranbaxy parties in this matter.

_____
**HONORABLE DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**