UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
:
FRANCIS FENWICK, EDWARD SAFRAN, STEVE : Civil Action No.:
HARDING, MARY WARDRETT, and LINDA YOUNG, : 12-CV-07354-PGS-DEA
Individually and on behalf of all others similarly situated, :
:
Plaintiffs, :
:
v. : **STIPULATION OF**
: **DISMISSAL WITH**
: **PREJUDICE**
RANBAXY PHARMACEUTICALS, INC., RANBAXY :
LABORATORIES, LTD., RANBAXY LABORATORIES, :
INC., RANBAXY, INC., RANBAXY USA, OHM :
LABORATORIES, ABC CORPORATIONS 1-10, and :
JOHN DOES 1-10, :
Defendants. :
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice.

Each party will bear its own fees and costs.

Dated: January ___, 2019

**GAINEY McKENNA & EGLESTON**
95 Route 17 South, Suite 310
Paramus, New Jersey 07652
*Attorneys for Plaintiffs*
(201) 225-9001

E-Mail: bgainey@gme-law.com

By: _____
Barry J. Gainey, Esq. (7560)

**SAIBER LLC**
One Gateway Center
10th Floor
Newark, New Jersey 07102-5311
*Attorneys for Defendants*

By: _____