<strong>UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY</strong>

---------------------------------------------------------X

FRANCIS FENWICK, EDWARD SAFRAN, STEVE HARDING, MARY WARDRETT, and LINDA YOUNG, Individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

RANBAXY PHARMACEUTICALS, INC., RANBAXY LABORATORIES, LTD., RANBAXY LABORATORIES, INC., RANBAXY, INC., RANBAXY USA, OHM LABORATORIES, ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

       Defendants.

---------------------------------------------------------X

Civil Action No.:
12-CV-07354-PGS-DEA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice.

Each party will bear its own fees and costs.

Dated: January __, 2019

**GAINEY McKENNA & EGLESTON**
95 Route 17 South, Suite 310
Paramus, New Jersey 07652
*Attorneys for Plaintiffs*
(201) 225-9001

E-Mail: bgainey@gme-law.com

By: _____
  Barry J. Gainey, Esq. (7560)

**SAIBER LLC**
One Gateway Center
10th Floor
Newark, New Jersey 07102-5311
*Attorneys for Defendants*

By: _____

SO ORDERED: /s/ Peter G. Sheridan
DATED: 3/20/19